

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

July 20, 2020

**VIA ECF**
Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

       Re: *Thorne v. H & M Hennes & Mauritz L.P.*,
         Case No.: 1:19-cv-10346-RA

Dear Judge Abrams,

  The undersigned represents Braulio Thorne, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above-referenced action against H & M Hennes & Mauritz L.P., ("Defendant"). In light of Your Honor's Order on July 6, 2020 (Dkt. 16), the undersigned respectfully requests a stay in this action until 10 days after a resolution is reached in the pending Consolidated Appeal captioned: *Mendez v. AnnTaylor, Inc.*, No. 20-1550 (the "Consolidated Appeal"), currently pending before the Second Circuit. The Defendant joins in this stay request and the Court should stay this matter pending the outcome of the Consolidated Appeal to preserve judicial resources.

  A stay has the potential to substantially conserve the resources of both the parties and the Court. Similar stays were granted by courts in this District on the same grounds. *See Calcano v. lululemon USA Inc.*, No. 1:19-cv-10430 (S.D.N.Y. Mar. 2, 2020); *Delacruz v. Five Below, Inc.*, No. 1:19-cv-10294 (S.D.N.Y. Feb. 28, 2020); *Delacruz v. Jamba Juice Co.*, No. 1:19-cv-10321 (S.D.N.Y. Feb. 27, 2020); *Calcano v. Domino's Pizza, Inc.*, No. 1:19-cv-09823 (S.D.N.Y. Feb. 24, 2020) *Tucker v. Whole Foods Market Group, Inc.*, Case No.: 19-cv-09842-RA. (S.D.N.Y. Jul. 1, 2020). There are no deadlines impacted by the proposed stay.

  We thank the Court for its time and attention in this matter.

                    Respectfully submitted,

cc: all counsel of record VIA ECF

/s/ *Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.

*Attorney for Plaintiffs*

Application granted. This action is hereby stayed. No later than one week after the Second Circuit issues its decision in the consolidated appeal captioned Mendez v. Ann Taylor, Inc., No. 20-1550, the parties shall file a joint letter informing the Court of their position on how the Second Circuit's decision impacts this particular case and proposing next steps in this action.

SO ORDERED.

_____
Hon. Ronnie Abrams
7/28/2020