USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE, *on behalf of himself and all other persons similarly situated*,

                Plaintiff,

v.

H & M HENNES & MAURITZ L.P.,

                Defendant.

19-CV-10346 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 28, 2020, the Court stayed this case pending the Second Circuit's decision in the consolidated appeal in *Mendez v. Ann Taylor, Inc.*, No. 20-1550, and *Dominguez v. Banana Republic*, No. 20-1559. On June 2, 2022, the Second Circuit issued an opinion in *Dominguez*. Accordingly, by June 28, 2022, the parties shall file a joint letter informing the Court of their positions on how the Second Circuit's decision impacts this particular case and proposing next steps in this action.

SO ORDERED.

Dated:    June 21, 2022
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge