

**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

August 12, 2022

<u>**VIA ECF**</u>

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Thorne v. H & M Hennes & Mauritz L.P.,*
        <u>Case No.: 1:19-cv-10346</u>

Dear Judge Abrams,

  The undersigned represents Braulio Thorne ("Plaintiff") in the above referenced matter against Defendant, H & M Hennes & Mauritz L.P., ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

  We thank the Court for its time and attention in this matter.

                Respectfully submitted,

                <u>*/s/Michael A. LaBollita, Esq.*</u>
                Michael A. LaBollita, Esq.

cc: All counsel of record via ECF